UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| ROBERT PORZIO, individually and on behalf of all others similarly situated, | Case No. 12 Civ. 7948 (SAS) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - against – | |
| OVERSEAS SHIPHOLDING GROUP, INC., et al., | |
| Defendants. | |

---------------------------------------------------------------X

PLEASE TAKE NOTICE that Scott B. Schreiber hereby appears on behalf of defendant Morten Arntzen in the above-captioned action, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:   New York, New York
         December 19, 2012

ARNOLD & PORTER LLP

By: /s/ Scott B. Schreiber
     Scott B. Schreiber
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile:  (212) 715-1399
*scott.schreiber@aporter.com*

*Attorneys for Defendant Morten Arntzen*