UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | |
|---|---|
| ROBERT PORZIO, individually and on behalf of all others similarly situated, | Case No. 12 Civ. 7948 (SAS) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| - against – | |
| OVERSEAS SHIPHOLDING GROUP, INC., et al., | |
| Defendants. | |

---------------------------------------------------------------X

      PLEASE TAKE NOTICE that Craig A. Stewart hereby appears on behalf of defendant Morten Arntzen in the above-captioned action, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:    New York, New York
            December 19, 2012

                                          ARNOLD & PORTER LLP

                                          By: /s/ Craig A. Stewart
                                                Craig A. Stewart
                                          399 Park Avenue
                                          New York, New York 10022
                                          Telephone: (212) 715-1000
                                          Facsimile:  (212) 715-1399
                                          *craig.stewart@aporter.com*

                                          *Attorneys for Defendant Morten Arntzen*