UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PORZIO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OVERSEAS SHIPHOLDING GROUP, INC., MORTEN ARNTZEN, and MYLES R. ITKIN<br><br>Defendants. | Case No. 1:12-cv-07948-SAS<br><br>Hon. Shira A. Scheindlin |

### [~~PROPOSED~~] ORDER ADMITTING JONI S. JACOBSEN *PRO HAC VICE*

The Motion of Joni S. Jacobsen for admission *pro hac vice* as counsel for Defendant Myles R. Itkin in the above captioned action is hereby GRANTED.

Applicant has declared that she is a member in good standing of the bar of the state of Illinois; and that her contact information is as follows:

> Joni S. Jacobsen
> DECHERT LLP
> 115 South LaSalle St., 26th Floor
> Chicago, Illinois  60603
> Tel: (312) 646-5813
> Fax: (312) 646-5883
> joni.jacobsen@dechert.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 12/18/12

Hon. Shira A. Scheindlin
U.S. District Court Judge

*[Handwritten: The Clerk of the Court is directed to close this motion (#15)]*

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ____ DATE FILED: 12/19/12]*