UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PORZIO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>OVERSEAS SHIPHOLDING GROUP, INC., MORTEN ARNTZEN, and MYLES R. ITKIN<br><br>    Defendants. | Case No. 1:12-cv-07948-SAS<br><br>Hon. Shira A. Scheindlin |

## [PROPOSED] ORDER ADMITTING ASHLEY J. BURDEN *PRO HAC VICE*

The Motion of Ashley J. Burden for admission *pro hac vice* as counsel for Defendant Myles R. Itkin in the above captioned action is hereby GRANTED.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

    Ashley J. Burden
    DECHERT LLP
    115 South LaSalle St., 26th Floor
    Chicago, Illinois 60603
    Tel: (312) 646-5817
    Fax: (312) 646-5884
    ashley.burden@dechert.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of the Court is directed to close this motion (# 16)

Dated: 12/18/12

_____
Hon. Shira A. Scheindlin
U.S. District Court Judge