UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
PORZIO                                                          Docket Number 12 CV 12 CV 7948 (LLS)
          -against-                                    NOTICE OF  REASSIGNMENT
OVERSEAS SHIPHOLDING GROUP INC., ET AL.
-------------------------------------------------------

       The above-entitled action is:

[X] Reassigned to the Hon. LOUIS L. STANTON (LLS)
     [] Designated / [] Redesignated Hon. (), Magistrate Judge

[] Reassigned Referral to the Hon. (), Magistrate Judge

[] Reassigned Designation to the Hon. (), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                              Ruby J. Krajick
                                                              Clerk of Court

Dated:  12/20/2012                                   BY:           Philip Guarnieri
                                                                        Deputy Clerk