# Robbins Geller Rudman & Dowd LLP

Atlanta    Melville    Philadelphia    San Francisco
Boca Raton    New York    San Diego    Washington, DC

David A. Rosenfeld
DRosenfeld@rgrdlaw.com

December 21, 2012

VIA FACSIMILE

Honorable Shira Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Porzio v. Overseas Shipholding Group, Inc.*, Case No. 1:12-cv-07948 (SAS) and related actions

Dear Judge Scheindlin:

My firm has recently been retained to represent certain investors who wish to make a motion for appointment as lead plaintiff in the above-referenced *Porzio* action. Pursuant to the Private Securities Litigation Reform Act of 1995, this motion must be made by any class member who wishes to seek appointment as a lead plaintiff, whether or not they have previously filed a complaint in these actions, no later than 60 days following the publication of the first notice that was issued advising investors of the pendency of these actions. *See* 15 U.S.C. §§78u-4(a)(3)(A) and (B). The notice in the *Porzio* action was issued on October 25, 2012; accordingly, our clients must file their motion no later than 60 days later.

Your Honor's Individual Practices, however, require a pre-motion conference before any motion may be made, with certain exceptions. Because of the strict deadline imposed by the PSLRA, we respectfully request leave from complying with this practice so that we may file our motion by the statutory deadline. Based on my conversation with Marnie Blank this morning, we understand that motions filed by December 26, 2012 will be considered timely since the courthouse is closed on December 24, 2012.

Respectfully submitted,

David A. Rosenfeld

cc: Hon. Louis L. Stanton (via hand)
all counsel (via facsimile)

*[Handwritten note from Judge:]* There is no need for a pre-motion conference on the lead plaintiff motion. Moreover, as this Court is officially closed on Dec. 24, 2012, the filing deadline is extended to Dec. 26, 2012 — the next business day. So Ordered. Shira Scheindlin USDJ 12/21/12

58 South Service Road    Suite 200    Melville, NY 11747    Tel 631 367 7100    Fax 631 367 1173    rgrdlaw.com