**Exhibit 3**

Overseas Shipholding Group, Inc. Loss Chart

| Name | Date Puchased | # Shares | Price | Purchase Cost | Total | Date Sold | # Shares | Price | Redeemed Value | Total Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| Abe Hedaya & Norma Hedaya | 7/6/2010 | 55,000 | 35.612 | $1,958,660.00 | | 11/10/2011 | 55,000 | 13.81372 | $759,754.69 | |
| | 7/6/2010 | 17,000 | 34.8094 | $591,759.80 | | 11/10/2011 | 17,000 | 13.81372 | $234,833.27 | |
| | 7/7/2010 | 17,000 | 35.9797 | $611,654.90 | | 11/10/2011 | 17,000 | 13.81372 | $234,833.27 | |
| | 7/8/2010 | 6,000 | 37.92 | $227,520.00 | | 11/10/2011 | 6,000 | 13.81372 | $82,882.34 | |
| | | 95,000 | | $3,389,594.70 | $3,389,594.70 | | 95,000 | | $1,312,303.57 | $2,077,291.13 |