**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X
ROBERT PORZIO, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

  vs.

OVERSEAS SHIPHOLDING GROUP, INC., MORTEN ARNTZEN, and MYLES R. ITKIN,

        Defendants.
------------------------------------ X
PAUL OTTO KOETHER IRA ROLLOVER, on Behalf of Itself and All Others Similarly Situated,

        Plaintiff,

  vs.

MORTEN ARNTZEN, MYLES R. ITKIN, OUDI RECANATI, G. ALLEN ANDREAS III, ALAN R. BATKIN, THOMAS B. COLEMAN, CHARLES A. FRIBOURG, STANLEY KOMAROFF, SOLOMON N. MERKIN, JOEL I. PICKET, ARIEL RECANATI, THOMAS F. ROBARDS, JEAN-PAUL VETTIER, MICHAEL J. ZIMMERMAN, CITIGROUP GLOBAL MARKETS, INC., MORGAN STANLEY & CO. INCORPORATED, HSBC SECURITIES (USA) INC., DEUTSCHE BANK SECURITIES INC., DnB NOR MARKETS, INC., GOLDMAN, SACHS & CO., ING FINANCIAL MARKETS LLC, PRICEWATERHOUSECOOPERS LLP,

        Defendants.
------------------------------------ X

Case No. 12 Civ. 07948-SAS

Case No. 12-cv-09104

```
BRUCE MYATT, Individually and On Behalf    :
of All Others Similarly Situated,
                                           :
                Plaintiff,
                                           :   Case No. 12-cv-08547-LLS
        vs.
                                           :
MORTEN ARNTZEN, and MYLES R.
ITKIN,                                     :

                Defendants.                :
- - - - - - - - - - - - - - - - - - - - -  X
```

### MOTION OF BARRIE WOOLARD AND STEVEN HYMAN
### FOR APPOINTMENT AS LEAD PLAINTIFF, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Barrie Woolard and Steven Hyman ("Mr. Woolard" or "Mr. Hyman," respectively or, collectively, "Movants") respectfully move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act") and Section 21(a)(3)(B) of the Securities Act of 1933 (the "Securities Act"), each as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), at 15 U.S.C. § 78u-4 and 15 U.S.C. § 77z-1, respectively, for entry of an Order: (i) appointing Movants as Lead Plaintiffs on behalf of themselves and all others similarly situated who purchased Overseas Shipholding Group, Inc. ("OSG" or the "Company") securities between March 24, 2010 and October 19, 2012, inclusive (the "Class Period"); (ii) appointing the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") to serve as Lead Counsel; and (iii) consolidating related actions.

This motion is supported by the accompanying Memorandum of Law, the Declaration of Michael Eisenkraft and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movants respectfully request that the Court: (i) appoint Movants as Lead

Plaintiffs pursuant to Section 21D(a)(3)(B) of the Exchange Act and Section 21(a)(3)(B) of the Securities Act; (ii) appoint Cohen Milstein as Lead Counsel for the class; (iii) consolidate all related actions; and (iv) grant such other and further relief as the Court may deem just and proper.

Dated: December 26, 2012

Respectfully submitted,

COHEN MILSTEIN SELLERS
& TOLL PLLC

/s/    Michael Eisenkraft
Michael Eisenkraft (ME-6974)
Kenneth M. Rehns (KR-9822)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

- and -

Steven J. Toll
Daniel S. Sommers
Genevieve O. Fontan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

***Attorneys for the Barrie Woolard and Steven Hyman and Proposed Lead Counsel for the Class***

**CERTIFICATE OF SERVICE**

       I certify that on December 26, 2012, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF.

                                                    /s/ Kenneth M. Rehns
                                           Kenneth M. Rehns (KR-9822)