**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ X
ROBERT PORZIO, Individually and On Behalf of All Others Similarly Situated,

        Plaintiff,

  vs.

OVERSEAS SHIPHOLDING GROUP, INC., MORTEN ARNTZEN, and MYLES R. ITKIN,

        Defendants.

Case No. 12 Civ. 07948-SAS

------------------------------------ X
PAUL OTTO KOETHER IRA ROLLOVER, on Behalf of Itself and All Others Similarly Situated,

        Plaintiff,

  vs.

MORTEN ARNTZEN, MYLES R. ITKIN, OUDI RECANATI, G. ALLEN ANDREAS III, ALAN R. BATKIN, THOMAS B. COLEMAN, CHARLES A. FRIBOURG, STANLEY KOMAROFF, SOLOMON N. MERKIN, JOEL I. PICKET, ARIEL RECANATI, THOMAS F. ROBARDS, JEAN-PAUL VETTIER, MICHAEL J. ZIMMERMAN, CITIGROUP GLOBAL MARKETS, INC., MORGAN STANLEY & CO. INCORPORATED, HSBC SECURITIES (USA) INC., DEUTSCHE BANK SECURITIES INC., DnB NOR MARKETS, INC., GOLDMAN, SACHS & CO., ING FINANCIAL MARKETS LLC, PRICEWATERHOUSECOOPERS LLP,

        Defendants.

Case No. 12-cv-09104

------------------------------------ X

| | |
|---|---|
| BRUCE MYATT, Individually and On Behalf of All Others Similarly Situated, | : |
| Plaintiff, | : |
| vs. | Case No. 12-cv-08547-LLS |
| | : |
| MORTEN ARNTZEN, and MYLES R. ITKIN, | : |
| Defendants. | : |

**DECLARATION OF MICHAEL EISENKRAFT IN SUPPORT OF MOTION OF BARRIE WOOLARD AND STEVEN HYMAN FOR APPOINTMENT AS LEAD PLAINTIFFS, APPOINTMENT OF LEAD COUNSEL, AND CONSOLIDATION OF RELATED ACTIONS**

Pursuant to 28 U.S.C. § 1746, I, Michael Eisenkraft, declare as follows:

1. I am a member in good standing of the New York bar and I am admitted to practice in this District. I submit this declaration in support of the motion filed by Barrie Woolard and Steven Hyman to: (1) appoint Movants as Lead Plaintiffs; (2) appoint Lead Counsel for the class; and (3) consolidate all pending related actions.

2. Attached as exhibits hereto are true and correct copies of the following:

Exhibit A: Notice of filing of a complaint to purchasers of securities of Overseas Shipholding Group, Inc., dated October 24, 2012;

Exhibit B: Certification of Barrie Woolard;

Exhibit C: Certification of Steven Hyman;

Exhibit D: A loss Calculation of Barrie Woolard prepared by Cohen Milstein Sellers & Toll PLLC;

Exhibit E: A loss Calculation of Michael Hyman prepared by Cohen Milstein Sellers & Toll PLLC; and

Exhibit F: Firm Biography of Cohen Milstein Sellers & Toll PLLC.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: December 26, 2012          /s/ Michael Eisenkraft
                                  Michael Eisenkraft