# EXHIBIT D

## Loss Calculation of Barrie Woolard

### Purchase of Overseas Shipholding Group, Inc. Securities

| Trade Date | Transaction Type | Number of Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost |
|---|---|---|---|---|---|---|---|---|
| 4/5/2011 | BUY | 14000 | 0.993 | 14000 | 0 | 0 | 14000 | $ 13,902.00 |
| 4/13/2011 | BUY | 11000 | 0.994 | 11000 | 0 | 0 | 25000 | $ 10,934.00 |

| | |
|---|---|
| Total Class Period Purchases: | 25,000.00 |
| Total Class Period Sales: | 0 |
| Total Sales on Class Period Purchases: | 0 |
| Total Class Period Shares Retained: | 25000 |
| 90-day Loss Price | $ 0.41 |

| | |
|---|---|
| **Total Purchases:** | **$ 24,836.00** |
| **Total Sales Proceeds** | $ - |
| **Total Retained Value:** | **$ 10,250.00** |

| | |
|---|---|
| **Total Loss:** | **$ 14,586.00** |