# EXHIBIT E

## Loss Calculation of Steven Hyman

### Purchase of Overseas Shipholding Group, Inc. Securities

| Trade Date | Transaction Type | Number of Shares | Share Price ($) | Class Period Purchases | Class Period Sales | Sales on Class Period Purchases | Class Period Net Holdings | Cost |
|---|---|---|---|---|---|---|---|---|
| 3/30/2011 | BUY | 11000 | 0.993 | 11000 | 0 | 0 | 11000 | $ 10,923.00 |
| 3/30/2011 | BUY | 10000 | 0.993 | 10000 | 0 | 0 | 21000 | $ 9,930.00 |
| 4/5/2011 | BUY | 16000 | 0.993 | 16000 | 0 | 0 | 37000 | $ 15,888.00 |
| 4/25/2011 | BUY | 14000 | 0.989714 | 14000 | 0 | 0 | 51000 | $ 13,856.00 |

| | |
|---|---|
| Total Class Period Purchases: | 51,000.00 |
| Total Class Period Sales: | 0 |
| Total Sales on Class Period Purchases: | 0 |
| Total Class Period Shares Retained: | 51000 |
| 90-day Loss Price | $ 0.41 |

| | |
|---|---|
| **Total Purchases:** | $ 50,597.00 |
| **Total Sales Proceeds** | $ - |
| **Total Retained Value:** | $ 20,910.00 |

| | |
|---|---|
| **Total Loss:** | $ 29,687.00 |