# EXHIBIT D



2 of 2 DOCUMENTS

Copyright 2012 PR Newswire Association LLC
All Rights Reserved
PR Newswire

October 25, 2012 Thursday 12:57 PM EST

**LENGTH:** 369 words

**HEADLINE:** Block & Leviton LLP and Wolf Haldenstein Adler Freeman & Herz LLP file a securities class action lawsuit against Overseas Shipholding Group Inc. and certain of its officers and directors

**DATELINE:** BOSTON, Oct. 25, 2012

**BODY:**

   Block & Leviton LLP ( http://www.blockesq.com ) and Wolf Haldenstein Adler Freeman & Herz LLP ( http://www.whafh.com ), announce that they have filed a class action lawsuit against Overseas Shipholding Group Inc. (NYSE: OSG) ("OSG" or the "Company") and two of its officers. The lawsuit, captioned Porzio v. Overseas Shipholding Group Inc. et al., No. 12 CV 7948, is pending in the United States District Court for the Southern District of New York.

   The lawsuit alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, and Rule 10b-5 promulgated thereunder, on behalf of investors who purchased or otherwise acquired OSG's common stock during the period April 28, 2008 through October 22, 2012 (the "Class Period").

   The complaint asserts that OSG, through its officers and directors, made false and misleading statements and omissions regarding the Company's internal financial controls and its accounting for certain loan provisions and its tax treatments relating to its U.S. domicile and international operations.   These statements are alleged to have been false and misleading when made because:   (i) the Company was suffering from grossly deficient internal controls and therefore was susceptible to accounting fraud; (ii) Defendants failed to disclose the true nature of the accounting irregularities regarding their tax issues and loan provisions; and (iii) the Company's financial statements were inaccurate in numerous material respects.

   If you are a member of the Class, you may, no later thanDecember 26, 2012, request that the court appoint you as Lead Plaintiff for the Class.   You may contact the attorneys at Block & Leviton or Wolf Haldenstein to discuss your rights in the case.   You may also retain counsel of your choice and you need not take any action at this time to be a class member.   If you have any ques-

Block & Leviton LLP and Wolf Haldenstein Adler Freeman & Herz LLP file a securities class action lawsuit against Overseas Shipholding Group Inc. and certain of its officers and directors PR Ne

tions regarding your rights related to this action or have information relevant to the claims asserted in the complaint, please contact attorney Steven Harte of Block & Leviton, LLP at (617) 398-5600 or steven@blockesq.com or attorney Gregory Nespole of Haldenstein Adler Freeman & Herz LLP at (212) 545-4657 or Nespole@whafh.com .

SOURCE Block & Leviton LLP

**LOAD-DATE:** October 26, 2012