UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
: 
In re OSG SECURITIES LITIGATION :
: Master File No. 12 Civ. 7948
:
:
:
:
:
:
:
------------------------------------------------------------------ x

## NOTICE OF MORTEN ARNTZEN AND MYLES R. ITKIN'S MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT

**PLEASE TAKE NOTICE,** that upon the declaration of Scott B. Schreiber and the exhibits annexed thereto, the memorandum of law, and such other written and/or oral argument as may be presented to the Court, Defendants Morten Arntzen and Myles R. Itkin, by and through their attorneys, will move this Court located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15C, New York, New York 10007, on such date as the Court may set, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(3)(A), to: (i) dismiss the claims in the Second Consolidated Amended Complaint asserted against Defendants Arntzen and Itkin under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5; (ii) dismiss the claims in the Second Consolidated Amended Complaint asserted against Defendants Arntzen and Itkin under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a); and (iii) grant such other relief as the Court may deem just and proper.

Dated: November 12, 2013
   New York, NY

| **DECHERT LLP** | **ARNOLD & PORTER LLP** |
|---|---|
| /s/ David H. Kistenbroker | /s/ Scott B. Schreiber |
| David H. Kistenbroker | Scott B. Schreiber |
| Joni S. Jacobsen | Craig A. Stewart |
| 77 W. Wacker Dr., Suite 3200 | Daniel R. Bernstein |
| Chicago, IL 60601 | 399 Park Avenue |
| Tel. (312) 646-5800 | New York, NY 10022-4690 |
| Fax (312) 646-5858 | Tel. (212) 715-1142 |
| david.kistenbroker@dechert.com | Fax (212) 715-1399 |
| joni.jacobsen@dechert.com | scott.schreiber@aporter.com |
|  | craig.stewart@aporter.com |
|  | daniel.bernstein@aporter.com |
| *Attorneys for Defendant Myles R. Itkin* | *Attorneys for Defendant Morten Arntzen* |