UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
In re OSG SECURITIES LITIGATION : Civil Action No. 1:12-cv-07948-SAS
:
: <u>CLASS ACTION</u>
:
This Document Relates To: :
: NOTICE OF APPEAL
ALL ACTIONS. :
:
------------------------------------------------------- x

Notice is hereby given that Stichting Pensioenfonds DSM Nederland and Lloyd Crawford (collectively "Plaintiffs"), lead plaintiffs in the above-named case, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered by the Clerk of the Court on June 1, 2015 in favor of defendant Ernst & Young ("E&Y") [D.E. No. 224].  This notice encompasses the Judgment as well as all prior and subsequent rulings related to or merged into the Judgment, including the Memorandum Opinion and Order, entered on November 28, 2014, denying Plaintiffs' motion for leave to file a fourth amended complaint [D.E. No. 188], and the Opinion and Order, entered on May 29, 2015, that granted E&Y's motion for summary judgment [D.E. No. 223].

DATED:  July 1, 2015                           ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
                                               SAMUEL H. RUDMAN
                                               DAVID A. ROSENFELD
                                               ALAN I. ELLMAN
                                               CHRISTOPHER T. GILROY


                                                    s/ David A. Rosenfeld
                                               DAVID A. ROSENFELD

                                               58 South Service Road, Suite 200
                                               Melville, NY  11747
                                               Telephone:  631/367-7100
                                               631/367-1173 (fax)
                                               srudman@rgrdlaw.com
                                               drosenfeld@rgrdlaw.com
                                               aellman@rgrdlaw.com
                                               cgilroy@rgrdlaw.com

                                               *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015, I caused the foregoing Notice of Appeal to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD