UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | x | |
| In re OSG SECURITIES LITIGATION | : | Civil Action No. 1:12-cv-07948-SAS |
| | : | |
| | : | CLASS ACTION |
| This Document Relates To: | : | |
| | : | LEAD PLAINTIFFS' NOTICE OF MOTION |
| ALL ACTIONS. | : | AND UNOPPOSED MOTION FOR |
| | : | PRELIMINARY APPROVAL OF |
| | x | SETTLEMENT |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the

Stipulations of Settlement with exhibits, and all prior pleadings and proceedings had herein, Lead

Plaintiffs Stichting Pensioenfonds DSM Nederland, Indiana Treasurer of State, and Lloyd Crawford,

by and through their attorneys, hereby move the Court, before the Honorable Shira A. Scheindlin,

United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan

United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of orders: (1) granting

preliminary approval of the three settlements (the "Partial Settlement"); (2) approving the form and

manner of giving notice of the proposed Partial Settlement to the Class; (3) certifying the Class for

purposes of effectuating the Partial Settlement; (4) setting a hearing date for final approval thereof,

and a schedule for various deadlines relevant thereto.

1055524_1

DATED:  August 6, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
ELLEN GUSIKOFF STEWART
ROBERT R. HENSSLER JR.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
elleng@rgrdlaw.com
bhenssler@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ALAN I. ELLMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
aellman@rgrdlaw.com

Lead Counsel for Lead Plaintiffs

1055524_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 6, 2015, I caused the foregoing Lead Plaintiffs' Notice of

Motion and Unopposed Motion for Preliminary Approval of Settlement to be served electronically

on all ECF participants.

s/ Ellen Gusikoff Stewart
ELLEN GUSIKOFF STEWART

1055524_1